FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WHEELER,  Petitioner, v. ROBERT TRIMBLE, Warden,  Respondent. | NO. CV 12-5767-GHK(E)  JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: ___7/25___, 2012.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE